Taylor *v.* Taylor, Appellant.

Argued June 16, 1975. *Raymond J. Takiff,* with him *Baratta, Lisi & Takiff,* for appellant; *I. Leonard Hoffman,* with

724

him *John J. Poserina, Jr.,* and *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot,* for appellee.

Order affirmed; petition for reargument refused August 18, 1975.